IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-795-*** |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, Esquire, hereby certify that on January 28, 2008, I filed this **Notice of Service of Defendant's First Request for Production of Documents Directed to Plaintiff** with the Court via CM/ECF. I further certify that I did cause to be mailed a copy of **Defendant's First Request for Production of Documents Directed to Plaintiff** via U.S. First Class Mail to the following counsel of record.

> Gary Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant