IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-795-*** |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on January 28, 2008, I filed this **Notice of Service of Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** with the Court via CM/ECF. I further certify that I did cause to be mailed a copy of **Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** via U.S. First Class Mail to the following counsel of record.

Gary Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email:  ssandler@ycst.com
Attorneys for Defendant