LAW OFFICES
## ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

February 11, 2008

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAGAAR B. SHAH**

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

(302) 472-4900
TELECOPIER (302) 472-4920

Magistrate Judge Leonard P. Stark
United States District Court
844 King Street
Wilmington, DE 19801

RE: Dolan v. Wilmington Trust Company
C.A. No.: 07-795

Dear Judge Stark:

First, I wish to apologize for not forwarding a letter on February 8, 2008 concerning Your Honor's jurisdiction in this matter. After consulting with defense counsel, and having received notice that this case had been reassigned to Judge Robinson, we were both of the opinion that that mooted the issue. However, communication from your office indicated that we were incorrect.

After again consulting with defense counsel, we have both agreed that we would stipulate to Your Honor's jurisdiction. However, we are both somewhat concerned and confused how we inform Judge Robinson that, although this matter has been reassigned to her we have elected to utilize Your Honor in this matter. I do not believe we received the usual Notice of Magistrate Judge availability in this matter. If that is how we are to proceed, please let us know, and we will file an appropriate paper promptly.

Thank you for Your Honor's consideration, and hopefully, understanding.

Respectfully,

Gary W. Aber

GWA/mac