IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-795-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT CONSENT TO THE EXERCISE OF**
**<u>JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

**IT IS SO STIPULATED:**

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Gary W. Aber* | */s/ Sheldon N. Sandler* |
| _____ | _____ |
| Gary W. Aber, Esquire | Sheldon N. Sandler, Esquire |
| Delaware Bar No. 754 | Delaware Bar No. 245 |
| 702 King Street, Suite 600 | 1000 West Street, 17th Floor |
| P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE 19899-1675 | Wilmington, DE 19899-0391 |
| (302) 472-4900 | (302) 571-6676 |
| Attorneys for Plaintiff | Attorneys for Defendant |

DATED: March 5, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-795-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to The Honorable Leonard P. Stark, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73.

_____
**UNITED STATES DISTRICT JUDGE**

Dated:   March 5, 2008