IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-795-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT CONSENT TO THE EXERCISE OF
JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

**IT IS SO STIPULATED:**

ABER, GOLDLUST, BAKER & OVER          YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Gary W. Aber*                                          /s/     *Sheldon N. Sandler*
_____                    _____
Gary W. Aber, Esquire                               Sheldon N. Sandler, Esquire
Delaware Bar No. 754                                Delaware Bar No. 245
702 King Street, Suite 600                        1000 West Street, 17th Floor
P.O. Box 1675                                             P.O. Box 391
Wilmington, DE 19899-1675                    Wilmington, DE 19899-0391
(302) 472-4900                                           (302) 571-6676
Attorneys for Plaintiff                                Attorneys for Defendant

DATED:  March 5, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-795-SLR |
| WILMINGTON TRUST COMPANY, | ) ) ) |
| Defendant. | ) |

### ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to The Honorable Leonard P. Stark, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 7, 2008

DB02:6633519.1                                                                             044203.1027