IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-795-LPS |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION OF THERESA DOLAN**

TO:    Gary W. Aber, Esquire
       Aber, Goldlust, Baker & Over
       702 King Street, Suite 600
       P.O. Box 1675
       Wilmington, DE 19899-1675

　　　　PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of the plaintiff, **Theresa Dolan** on **Tuesday, April 23, 2008, beginning at 9:30 a.m., and continuing thereafter from hour-to-hour and day-to-day until completion.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, Delaware, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　/s/ Sheldon N. Sandler
　　　　　　　　　　　　　　　Sheldon N. Sandler, Esquire (No. 245)
　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　P.O. Box 391
　　　　　　　　　　　　　　　Wilmington, Delaware  19899-0391
　　　　　　　　　　　　　　　Telephone: (302) 571-6673
　　　　　　　　　　　　　　　Facsimile: (302) 576-3330
　　　　　　　　　　　　　　　Attorneys for Defendant

DATED:    March 24, 2008
cc:       Wilcox & Fetzer