IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-795-LPS |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF DEPOSITION OF THERESA DOLAN**

TO: Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

    PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of the plaintiff, **Theresa Dolan** on **Saturday, May 17, 2008, beginning at 9:30 a.m., and continuing thereafter from hour-to-hour and day-to-day until completion.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, Delaware, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
*Attorneys for Defendant*

DATED: April 16, 2008
cc: Wilcox & Fetzer