IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WILMINGTON TRUST COMPANY, )<br>)<br>Defendant. ) | C.A. No. 07-795-LPS |

**NOTICE OF DEPOSITION**

To:   Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      Wilmington, DE 19899-1675

   PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Theresa Dolan on Saturday, June 14, 2008, at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    */s/ Teresa A. Cheek, Esq.*
                                    Teresa A. Cheek, Esquire (Bar I.D. 2657)
                                    The Brandywine Building, 17th Floor
                                    1000 West Street
                                    P.O. Box 391
                                    Wilmington, Delaware 19899-0391
                                    Telephone: (302) 571-6676
                                    Facsimile: (302) 576-3286
                                    E-mail: tcheek@ycst.com
                                    *Attorneys for Defendants*

Dated: May 6, 2008