## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | : |
|         Plaintiff, | : |
| v. | :   Civ. No. 07-795-SLR-LPS |
| WILMINGTON TRUST COMPANY, | : |
|         Defendant. | : |

## ORDER

At Wilmington this **27th** day of **May, 2008.**

IT IS ORDERED that the mediation conference scheduled for Wednesday, June 4, 2008, beginning at 10:00 a.m. with Judge Thynge has been rescheduled for **Monday, October 20, 2008 at 10:00 a.m.**  Submissions of the parties shall now be due on or before **Thursday, October 9, 2008.**  All other provisions of the Court's March 25, 2008 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                      /s/ Mary Pat Thynge
                                                    UNITED STATES MAGISTRATE JUDGE