IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA DOLAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 07-795 |
| | ) | |
| v. | ) | Trial By Jury Demanded |
| | ) | |
| WILMINGTON TRUST COMPANY, | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff's Answers to Defendant's First Set of Interrogatories Directed to Plaintiff and Plaintiff's Responses to Defendant's First Request for Production of Documents Directed to Plaintiff were served via hand delivery to the following counsel on June 10, 2008:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

> ABER, GOLDLUST, BAKER & OVER

> /s/ Gary W. Aber
> GARY W. ABER (DSB #754)
> First Federal Plaza, Suite 600
> 702 King Street, P.O. Box 1675
> Wilmington, DE  19899
> 302-472-4900
> Attorney for Plaintiff

DATED:  June 10, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on June 10, 2008:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire