IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-795-LPS |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**RE-NOTICE OF DEPOSITION**

To:  Gary W. Aber, Esquire
 Aber, Goldlust, Baker & Over
 702 King Street, Suite 600
 Wilmington, DE 19899-1675

     PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Theresa Dolan on Wednesday, July 16, 2008, at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek, Esq.*
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
E-mail: tcheek@ycst.com
*Attorneys for Defendants*

Dated: June 18, 2008