## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Theresa Dolan,                                          :
                                                        :
              Plaintiff,                         :
                                                        :
    v.                                               :          Civ. No.  07-795-LPS
                                                        :
Wilmington Trust Company,                               :
                                                        :
              Defendants.                        :


## ORDER

At Wilmington this **25**th day of **June, 2008,**

**IT IS ORDERED** that the Scheduling Order issued on 1/23/2008 is hereby amended to include the following changes: the Interim Status report is now due on 8/8/2008 and the Status Teleconference is reset for Friday, 8/15/2008 at 9:30 a.m; all other dates shall remain unchanged.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE