IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-795-LPS |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on June 30, 2008, I filed this **Notice of Service of Defendant's Responses to Plaintiff's First Request for Production of Documents** with the Court via CM/ECF. I further certify that I did cause to be hand delivered a copy of **Defendant's Responses to Plaintiff's First Request for Production of Documents** to the following counsel of record.

>Gary Aber, Esquire
>Aber, Goldlust, Baker & Over
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Teresa A. Cheek*
>Teresa A. Cheek, Esquire (Bar I.D. 2657)
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Email: tcheek@ycst.com
>Attorneys for Defendant

DATED: June 30, 2008