# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL:  (302) 571-6676
DIRECT FAX:    (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 30, 2008

**BY E-FILE**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street,
Room 2325 Lockbox 26
Wilmington, DE 19801

      Re:   Dolan v. Wilmington Trust Company
            C.A. No.: 07-795-LPS

Dear Magistrate Judge Stark:

    This is the parties' joint status report for the above-referenced matter.

    This is an employment discrimination action in which the plaintiff alleges that the defendant demoted and constructively discharged her based on her age and sex. The defendant denies these allegations and contends that the plaintiff's responsibilities were changed for legitimate non-discriminatory reasons and that the plaintiff decided to retire for personal reasons.

    At present, the parties have exchanged written discovery and documents, and the defendant has begun taking the plaintiff's deposition. It is to be completed on August 6. The plaintiff has not yet begun to take depositions. The deadline for completing discovery is October 3, 2008.

    The parties have been discussing the possibility of settlement, and a mediation conference with Magistrate Judge Thynge is scheduled for October 20, 2008.

                                  Respectfully yours,

                                  Teresa A. Cheek
                                  Bar I.D. 2657

TAC:sec

cc:   Gary Aber, Esq. (via CM/ECF Notification)