IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA DOLAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-795-LPS |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND PROPOSED ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, here by stipulate and agree that, due in part to Plaintiff's counsel's recent medical issues, the Scheduling Order in this matter shall be amended as follows:

| | |
|---|---|
| New Plaintiff's Expert Report Date | November 1, 2008 |
| New Defendant's Expert Report Date | December 1, 2008 |
| New Discovery Cut Off Date | December 15, 2008 |
| New Dispositive Motions Date | January 12, 2009 |

| | |
|---|---|
| */s/ Gary W. Aber* | */s/ Teresa A. Cheek* |
| Gary W. Aber, Esquire (Bar I.D. 754) | Teresa A. Cheek, Esquire (Bar I.D. 2657) |
| 702 King Street, Suite 600 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| P.O. Box 1675 | 1000 West Street, |
| Wilmington, DE 19899-1675 | The Brandywine Building, 17th Floor |
| Telephone: (302) 472-4900 | Wilmington, DE 19899-0391 |
| E-mail: gaber@gablawde.com | Telephone: (302) 571-6676 |
| | E-mail: tcheek@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2008.

_____
Judge